479 A.2d 1098

Commonwealth v. Hayes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 8, 1984.

 Submitted April 30, 1984. Louis Lipschitz, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Order affirmed.